CFD # 0788569
Appellate # 02-14-00142-CR
Discretionary
Review

PD-0042-15

# WILLIAM H. "BILL" RAY, P.C.
## ATTORNEY AT LAW
### 512 MAIN STREET, STE. 308
### FORT WORTH, TEXAS 76102

(817)698-9090                    FAX (817)698-9092

July 9, 2014

Ms. Leticia McWilliams, CID # 0718569
Inmate, Tarrant County Jail
100 N. Lamar Street
Fort Worth, Texas 76102

Dear Ms. McWilliams,

    I have received several letters from you in the last few days.

    As I told you in letters and when I met you in the jail, your case is on appeal and the only things that matter are what is in the court's trial record. I have received the record and reviewed it, and the only point on appeal that I can make is that the court should not have revoked you because you did not have the money to pay for the costs of your monitor and court fees, in that you were indigent, and that you did not give a urinalysis because you were never called while in the waiting room.

    That is what is in the record in your case. I have sent you a copy of the record. Your brief will be filed on or before July 21, 2014. If you have any concerns that are contained in the record and you get them to me prior to that time, I will review them. I will not present matters outside the record, such as your claim that the petition was somehow fraudulent.

    Thank you.

Sincerely,

William H. "Bill" Ray

FILED IN
COURT OF CRIMINAL APPEALS

APR 09 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 09 2015

Abel Acosta, Clerk

Leticia McWilliams #0718569/Flr. GOC-06
100 North Lamar St.
Fort Worth Tx 76102

NORTH TEXAS TX PMSC
DALLAS TX 750
10 APR 2014 PM 8 L

FOREVER
USA
Bank Swallow

RECEIVED
APR 1 1 2014
COC3

Tim Curry Justice Center
Criminal District Court-Three
ATTN: Court Clerk/District Attorney
(Appeal papers) Judge Robb Catalano

401 West Belknap St.
Fort Worth Tx 76102

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

APR 14 2014

TIME _____ 3:55
BY _____ DEPUTY

Discretionary Review

MTD 0718569 Appellate # 02-14-00142-CR

A CERTIFIED COPY
ATTEST: 10-8-14
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: Cindy Dotson
DEPUTY

CFD # 0718569
Appellate # 02-14-00142-CR
Discretionary Review

CID # 0718569

**THE STATE OF TEXAS**

VS.

**LETICIA MCWILLIAMS**

FILED NO. 1174887
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

OCT 1 3 (2011

TIME 10:10 H
BY _____ DEPUTY

IN THE CRIMINAL DISTRICT

COURT NO. THREE OF

TARRANT COUNTY, TEXAS

## SUPPLEMENT/AMENDMENT TO CONDITIONS OF COMMUNITY SUPERVISION

You are ordered to participate in and successfully complete the program(s) and/or condition(s) indicated below, pay all fees required, and continue to participate and/or comply until released by the court.

1. ☐ Consent to search of your person, residence, business, and any vehicle or container under your control by any peace or supervision officer without prior notice or search warrant to determine your compliance with the conditions of supervision and laws of this State. Any contraband found to be in your possession will be subject to seizure.

2. ☐ Observe a curfew as directed by the court or supervision officer.

3. ☐ Do not contact __i__ n any manner.

4. ☐ Do not use, possess or consume any alcoholic beverage.
Do not refuse a breath, blood, urine or field sobriety test as requested by a peace officer or supervision officer. Submit valid, non-dilute, non-adulterated urine, hair, blood, breath or saliva samples for testing, for controlled substances, alcohol and cannabinoids according to the time and manner as directed by the Court and/or supervision officer and pay for testing as required.

5. ☒ Electronic monitoring/home confinement for an **indefinite period** beginning upon completion of equipment installation. Fees are to be paid as directed by Recovery Health.
Schedule to be set by ____.
   ☐ Breath alcohol testing     ☐ Visitel     ☒ SCRAM
   ☐ Continuous radio frequency monitoring     ☐ GPS

6. ☒ Confinement in Tarrant County Jail, 15 days, beginning October 16, 2011 Sunday. *To be completed on Labor Detail.*

7. ☐ Confinement in a state jail facility for __d__ ays, beginning __, 20 .

8. ☐ In custody Intensive Day Treatment program, aftercare, and Intensive Day Treatment Re-entry Court.

9. ☐ Do not operate any vehicle without an ignition interlock device.
Do not tamper with, attempt to bypass or allow any other person to activate the device.

10. ☐ Extension of community supervision period of ____ yr/mo, beginning __, 20 .

11. ☐ Other program(s)
   ☐ Texas Drug Offender Education Program     ☐ Texas DWI Repeat Offender Program
   ☐ DWI education program     ☐ Domestic violence impact panel
   ☐ DWI victim impact panel     ☐ Batterer's intervention & prevention program
   ☐ Support for interlock planning     ☐ Anger control counseling
   ☐ Parenting classes     ☐ Theft intervention & prevention program
   ☐ Psychological and/or psychiatric evaluation, treatment
   ☐ Evaluation, testing, treatment for ____

12. ☐

_____
Judge

I have received my conditions of community supervision.

_____
Witness: Supervision Officer

October 13, 2011
_____
Date

X _____
Defendant

CSC 412 – Felony - Supplement     REV. 07/2010

A CERTIFIED COPY
ATTEST: 10-8-14
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: Cindy Dutton
DEPUTY

CID #0718569
Appellate # 02-14-00142-c
Discretionary Review
02-14-00142-CR

CASE NO. 1174887D

THE STATE OF TEXAS

VS.

Leticia McWilliams

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS
OCT 13 2011
TIME 9:42
BY S DEPUTY

IN THE CRIMINAL DISTRICT

COURT NUMBER THREE

TARRANT COUNTY, TEXAS

## MOTION TO DISMISS PETITION TO REVOKE PROBATION OR PETITION TO PROCEED TO ADJUDICATION

On this the 13th day of October, 2011, now comes the State of Texas, by and through Tim Curry, its duly elected Criminal District Attorney for Tarrant County, Texas, and by and through the undersigned Assistant Criminal District Attorney, and moves the Court:

[✓] Dismiss the Petition to Revoke

[ ] Dismiss the Petition to Proceed to Adjudication

Dated the 22nd day of July, 20 11.

_____
Assistant Criminal District Attorney

## ORDER

The foregoing Motion, having been present to me on this 13th day of October, 20 11, and the same having been considered, it is therefore ORDERED, ADJUDGED AND DECREED, that said above entitled and numbered Petition To Revoke Probation/Petition to Proceed to Adjudication be and the same is hereby dismissed and:

___X___ Continued on Community Supervision as amended.

SCRAM for life
of probation +
15 days TCJ

_____
JUDGE, CRIMINAL DISTRICT
COURT NUMBER THREE